IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3-09-00218 |
| v. | ) |
| | ) |
| FARZANEH SADKHOSRAVI | ) |

O R D E R

Pending before the Court is the defendant's motion for return of passport (Docket Entry No. 518)[1] to which no response has been filed.

The government shall file a response to the motion by September 30, 2013, indicating whether or not the government has any objection to the motion and, if so, the basis for any such objection.

In the meantime, the United States Pretrial and Probation Office shall retain the defendant's passport in its physical possession.

The Clerk is directed to provide a copy of this order to Paul Montgomery, U.S. Probation Officer.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] As the defendant pointed out, one of the conditions of the defendant's pretrial release was that she surrender her passport to Pretrial Services as provided in the release order and conditions of release entered October 7, 2009 (Docket Entry No. 136), as later modified in an unrelated respect upon defendant's motion by order entered September 30, 2010 (Docket Entry No. 223).